**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 96-50060**
**Summary Calendar**
_____

**CAROLE LAWSON,**

**Plaintiff-Appellee,**

**VERSUS**

**RICHARD KOZIOL; R & K COATING COMPANY;**
**COMPUTER ASSEMBLING, INCORPORATED,**

**Defendants-Appellants.**

_____

Appeal from the United States District Court
For the Western District of Texas

(A-94-CV-330)
_____
June 24, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

This is an appeal from the order of the district court which (1) approved and adopted, after de novo review of the entire file, the report of the magistrate judge which recommended the award of $8,409 in attorney's fees to plaintiff and the denial of

_____

[*]Pursuant to Local Rule 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

defendants' motion for attorney's fees and (2) rendered final judgment based thereon. We have carefully reviewed the briefs, the record excerpts, the reply brief and relevant portions of the record itself; and finding no reversible error, we affirm the order appealed from herein.

**AFFIRMED.**